

399 PARK AVENUE
SUITE 3600
NEW YORK NY 10022-4690

212 980 7400 TEL
212 980 7499 FAX
ROBINSKAPLAN.COM

DAVID B. ROCHELSON
212 980 7400 TEL
DROCHELSON@ROBINSKAPLAN.COM

March 26, 2020

*Via ECF*

Hon. Vincent Briccetti
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re: *Falls v. Rude et al.*, No. 7:17-cv-1339 (S.D.N.Y.) (VB)

Dear Judge Briccetti:

    I represent the plaintiff, Raiquan Falls, and write after consultation with and upon the consent of defendants' counsel to request adjournment of the April 1, 2020 telephone conference in this matter. Specifically, the parties request a four-week adjournment until Wednesday, April 29, 2020.

    The parties previously requested adjournments on December 17, 2019, February 10, 2020, and February 25, 2020 to allow the parties time to negotiate settlement. ECF Nos. 146, 148 and 151. The Court granted the previous requests. ECF Nos. 147, 149, 152. As noted previously, the parties have been negotiating in good faith. However, Lakeview Correctional Facility, where Mr. Falls is incarcerated, has prohibited me from speaking with my client by phone more than once every 30 days. This has slowed our progress. An adjournment would allow the parties to continue working towards a resolution.

    In the event that a settlement is reached, the parties will promptly notify the court. Thank you for your consideration of this joint request.

                          Respectfully submitted,

                          /s/David Rochelson
                          David Rochelson

cc:     David L. Posner (*via ECF*)