

399 PARK AVENUE
SUITE 3600
NEW YORK NY 10022-4690

212 980 7400 TEL
212 980 7499 FAX
ROBINSKAPLAN.COM

DAVID B. ROCHELSON
212 980 7441 TEL
DROCHELSON@ROBINSKAPLAN.COM

June 15, 2020

*via ECF*

Hon. Vincent L. Briccetti, U.S.D.J.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re: *Falls v. Rude et al.*, No. 7:17-cv-1339 (S.D.N.Y.) (VB)

Dear Judge Briccetti:

    I represent the plaintiff, Mr. Raiquan Falls, in the above-referenced matter, and together with counsel for Defendants, we write pursuant to the Court's April 30, 2020, Order instructing counsel to provide jointly a case status report.

    We are happy to report that the parties have agreed to all terms in a settlement agreement and are awaiting the parties' signatures. Once executed, and the terms of agreement are met, Plaintiff intends to file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41.

    The parties are available should the Court have any questions. We thank the Court for its consideration.

    Respectfully submitted,

    /s/ David Rochelson

    David B. Rochelson

cc:    Counsel of Record (via ECF)