```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RAIQUAN K. FALLS,                              :
                        Plaintiff,             :
                                               :
v.                                             :
                                               :
POLICE OFFICER MYRA RUDE, Shield               :
#451; POLICE OFFICER TREVOR LORD,              :
Shield #469; POLICE OFFICER JONATHAN           :   ORDER OF DISMISSAL
SAINTICHE, Shield #466; SERGEANT               :
WILLIAM ANDERSON, Shield #162; POLICE          :   17 CV 1339 (VB)
OFFICER PATRICK BLOOMER, Shield #595;          :
POLICE OFFICER CARLOS CANARIO,                 :
Shield #458; POLICE OFFICER JEFFREY            :
PEREZ, Shield #283; POLICE OFFICER             :
CHRIS TABACHNICK, Shield #439                  :
                        Defendant.             :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2020

The Court has been advised that the parties have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than August 17, 2020. To be clear, any application to restore the action must be filed by August 17, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

Dated: June 16, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge