7969-119/dmf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

RAIQUAN K. FALLS,

         Plaintiff,  **STIPULATION OF**
 -against-           **DISCONTINUANCE AND**
                 **DISMISSAL PURSUANT**
ORANGE COUNTY, CITY OF NEWBURGH, MYRA **TO RULE 41 (a)(1)**
RUDE, TREVOR LORD, JONATHAN SAINTICHE,
WILLIAM ANDERSON, CHRIS TABACHNICK, ROMAN
SCUADRONI, PATRICK BLOOMER, CARLOS CANARIO, 17-CV-1339(VB)(PED)
RICARDO RIVERA, JEFFREY PEREZ and JOHN
THOMAS,
         Defendants.
---------------------------------------------------------------------------x

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed and discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED:  Poughkeepsie, New York
      September 11, 2020

ROBINS KAPLAN LLP         McCABE & MACK LLP

By: _____    By: _____
  David B. Rochelson          David L. Posner (0310)
*Attorneys for Plaintiff*         Attorneys for Defendants *Myra Rude,*
399 Park Avenue, Suite 3600      *Trevor Lord, Jonathan Saintiche,*
New York, NY 10022         *William Anderson, Chris Tabachnick,*
Tel. (212) 980-7400          *Patrick Bloomer, Carlos Canario, and*
                 *Jeffrey Perez*
                 63 Washington Street
                 P.O. Box 509
                 Poughkeepsie, NY 12602-0509
                 Tel. (845) 486-6800

            So Ordered:

            _____
            Hon. Vincent Briccetti

Dated: White Plains, NY
     September____, 2020