7969-119/dmf

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RAIQUAN K. FALLS,

                Plaintiff,

-against-

ORANGE COUNTY, CITY OF NEWBURGH, MYRA RUDE, TREVOR LORD, JONATHAN SAINTICHE, WILLIAM ANDERSON, CHRIS TABACHNICK, ROMAN SCUADRONI, PATRICK BLOOMER, CARLOS CANARIO, RICARDO RIVERA, JEFFREY PEREZ and JOHN THOMAS,

                Defendants.

-------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE AND DISMISSAL PURSUANT TO RULE 41 (a)(1)**

17-CV-1339(VB)(PED)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed and discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED:    Poughkeepsie, New York
                September 11, 2020

ROBINS KAPLAN LLP

By: _____
      David B. Rochelson
*Attorneys for Plaintiff*
399 Park Avenue, Suite 3600
New York, NY 10022
Tel. (212) 980-7400

McCABE & MACK LLP

By: _____
      David L. Posner (0310)
Attorneys for Defendants *Myra Rude, Trevor Lord, Jonathan Saintiche, William Anderson, Chris Tabachnick, Patrick Bloomer, Carlos Canario, and Jeffrey Perez*
63 Washington Street
P.O. Box 509
Poughkeepsie, NY 12602-0509
Tel. (845) 486-6800

So Ordered:

_____
Hon. Vincent Briccetti

Dated: White Plains, NY
       September 16, 2020